# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **Karley Ann W.,** ) | |
| ) | |
| **Plaintiff,** ) | Civil Action No. 3:24-cv-125 |
| ) | |
| **v.** ) | Magistrate Judge Peter B. Silvain, Jr. |
| ) | |
| **Martin O'Malley,** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

This cause coming before the Court on the joint motion of the parties, due notice having been given, and the Court being fully advised,

**IT IS THEREFORE ORDERED THAT:**

1. The Parties' Joint Stipulation for an Award of Attorney's Fees under the Equal Access to Justice Act (Doc. #9) is accepted and the Commissioner shall pay Plaintiff's attorney fees in the amount of $400.00, and $402.00 in costs, for a total award of $802.00;

2. Counsel for the parties shall verify whether or not Plaintiff owes a preexisting debt to the United States subject to offset, consistent with *Astrue v. Ratliff,* 130 S.Ct. 2521, 560 U.S. 586 (2010).   If no such pre-existing debt exists, Defendant shall pay the EAJA award directly to Plaintiff's counsel pursuant to the EAJA assignment signed by Plaintiff; and

3. The case remains terminated on the docket of this Court.

**IT IS SO ORDERED.**

Date: August 9, 2024         *s/Peter B. Silvain, Jr.*
                             Peter B. Silvain, Jr.
                             United States Magistrate Judge